United States District Court

**FILED**

Eastern District of California      JAN 30 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

-------------------------------------------------------------------))))))

Mia Tucker          as Plaintiff          Index No.

    vs.

Kevin Mcclanahan   as Defendant          COMPLAINT

          2:26-cv-0264 TLN-CSK PS          Demands Jury Trial

-------------------------------------------------------------------))))))))

1. Defendant, in numerous occasions, had ex parte communication,

2. Defendant should be subjected to impeachment,

3. Plaintiff demands $100,000.

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Mia Tucker   1/15/2026

Mia Tucker
15 Adams St,
Chicago, IL 60609