UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIA TUCKER,

            Plaintiff,

      v.

KEVIN MCCLANAHAN,

            Defendant.

Case No. 2:26-cv-00264-TLN-CSK PS

ORDER

Plaintiff Mia Tucker is proceeding in this action pro se. She commenced this civil action by filing a one-page complaint on January 30, 2026. (ECF No. 1.) Plaintiff resides in Chicago, Illinois and does not allege that the events in the Complaint occurred in this judicial district. She did not file a civil cover sheet, and it is unclear where Defendant Kevin McClanahan resides or why Plaintiff believes the federal court has jurisdiction over her claim.

Eastern District of California Local Rule 200 states: "Every complaint . . . initiating a civil action shall be accompanied by a completed cover sheet, on a form available from the Clerk and on the Court's website." The Court will order Plaintiff to file the required cover sheet within fourteen (14) days from the date of this order. Failure to comply will result in a recommendation that this action be dismissed. See Local Rule 110; Fed. R.

1

Civ. P. 41(b).

Accordingly, IT IS HEREBY ORDERED THAT:

1.  Plaintiff shall file a civil cover sheet pursuant to E.D. Cal. Local Rule 200 no later than fourteen (14) days from the date of this order; and

2.  Failure to do so will result in a recommendation that this action be dismissed.

Dated:  April 16, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

6/tuck0264.coversheet

2